# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL T. GIBBS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 3:13-mc-00028 |
| | ) | Judge Campbell |
| v. | ) | |
| | ) | |
| **CORRECTIONS CORPORTION OF AMERICA,** *et al.*, | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

The plaintiff, an inmate at the South Central Corrections Facility in Clifton, Tennessee, has filed a *pro se* document entitled "Governmental Tort Liability Claim/Negligence Tort Liability Claim-Action State-Wide Conspiracy of Omissive [sic] and Negligent Actions Exercised by Prejudice and Bias." (Docket No. 1). The plaintiff has submitted an application to proceed *in forma pauperis.* (Docket No. 2).

The plaintiff's submission makes clear that the plaintiff intends to bring claims and recover monetary damages against Corrections Corporation of America and Department of Corrections Association. (Docket No. 1 at p. 18). However, the precise nature of the plaintiff's claims is unclear. In the twenty page document, the plaintiff alleges that he has been (or is being) unlawfully confined by the Tennessee Department of Corrections due to the negligence of various state employees. In addition to seeking an award of monetary damages from the named defendants, the plaintiff asks the court to "annul and expunge" certain "felony time periods." (Docket No. 1 at p. 19). It is unclear from the plaintiff's submission whether his current incarceration is the result of the alleged state employee negligence or whether the plaintiff is attacking a previously-served sentence while incarcerated on another offense. Further, it is unclear whether the plaintiff seeks release from

custody in addition to the monetary damages he lists in his March 15, 2013, submission the court.

The filing fee for initiating a federal lawsuit is three hundred and fifty dollars ($350). The fee for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 or § 2254 is five dollars ($5). In order for the court to assess the appropriate filing fee in this matter, the plaintiff must clarify his intentions with regard to the document filed on March 15, 2013 (Docket No. 1). Accordingly, the plaintiff is **DIRECTED** to respond to the court's order in writing within ten (10) days of receiving the court's order.

It is so **ORDERED.**

                                                                  Todd J. Campbell
                                                                  United States District Judge